# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 25, 2013

No. 11-50414
Summary Calendar

Lyle W. Cayce
Clerk

ALEEM HUSSAIN,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-1

Before  SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Aleem Hussain, former federal prisoner # 58567-019, appeals the denial of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses.  As Hussain has been released from Bureau of Prisons custody, we dismiss the appeal as moot.  *See Calderon v. Moore*, 513 U.S. 149, 150 (1996).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.